AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

<table>
<tr><td>THORNE RESEARCH, INC.<br><br>_____<br><i>Plaintiff(s)</i><br><br>v.<br><br>VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC,<br>VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA<br>HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC.,<br>VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK<br>YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100,<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 2:23-cv-5613-BHH</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Vasesource Purchasing LLC
217 National Blvd.,
Long Beach, NY 11561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     11/06/2023                          s/ D. Gray

_____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>THORNE RESEARCH, INC.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 2:23-cv-5613-BHH</td></tr>
<tr><td>VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC, VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC., VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100,</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Morad Shema
10 Roberts Ln,
Cedarhurst, NY 11516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    11/06/2023                                          s/ D. Gray

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

|  |  |  |
|---|---|---|
| THORNE RESEARCH, INC. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 2:23-cv-5613-BHH |
| VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC, VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC., VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100, | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Joshua Lavi a/k/a Joshua Hedvat
14 Pinewood Rd.,
Roslyn, NY 11576

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/06/2023_____          _____s/ D. Gray_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|   |   |
|---|---|
| THORNE RESEARCH, INC. <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC, VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC., VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100, <br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No. 2:23-cv-5613-BHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Variazioni Home, LLC
14 Pinewood Rd.,
Roslyn, NY 11576

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    11/06/2023                                    s/ D. Gray

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

<table>
<tr><td>THORNE RESEARCH, INC.<br><br>_____<br><em>Plaintiff(s)</em><br><br>v.<br><br>VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC,<br>VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA<br>HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC.,<br>VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK<br>YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100,<br>_____<br><em>Defendant(s)</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 2:23-cv-5613-BHH</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Inventory Partners, LLC
10 Roberts Ln,
Cedarhurst, NY 11516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/06/2023_____

_____ s/ D. Gray _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |  |
|---|---|---|
| THORNE RESEARCH, INC. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) ) | Civil Action No. 2:23-cv-5613-BHH |
| v. | ) | |
| VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC, VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC., VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100, | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Ronnie Goodman
217 National Blvd.,
Long Beach, NY 11561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____11/06/2023_____                    _____s/ D. Gray_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |  |
|---|---|---|
| THORNE RESEARCH, INC. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 2:23-cv-5613-BHH |
| v. | ) ) | |
| VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC, VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC., VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Vasesource Sales, LLC
141 W. 28th St.,
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    11/06/2023

s/ D. Gray

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| THORNE RESEARCH, INC. _____ *Plaintiff(s)* v. VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC, VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC., VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-5613-BHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yitzhak Yakobi a/k/a Itzik Yakobi
71 Woods Dr.,
Roslyn, NY 11576

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/06/2023_____          _____s/ D. Gray_____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | ) | |
|---|---|---|
| | ) | |
| THORNE RESEARCH, INC. | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:23-cv-5613-BHH |
| VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC, | ) | |
| VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA | ) | |
| HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC., | ) | |
| VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK | ) | |
| YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Vasesource Inc.
21 Dwight Place,
Fairfield, NJ 07004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/06/2023_____    _____
s/ D. Gray
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

<table>
<tr><td>

THORNE RESEARCH, INC.

_____

*Plaintiff(s)*

v.

VARIAZIONI HOME, LLC, INVENTORY PARTNERS, LLC, VASESOURCE PURCHASING LLC, JOSHUA LAVI A/K/A JOSHUA HEDVAT, MORAD SHEMA, RYAN SHEMA, VASESOURCE INC., VASESOURCE SALES, LLC, RONNIE GOODMAN, YITZHAK YAKOBI A/K/A ITZIK YAKOBI, and JOHN DOES 1-100,

_____

*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No. 2:23-cv-5613-BHH

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ryan Shema
10 Roberts Ln,
Cedarhurst, NY 11516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Moore
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/06/2023_____                    _____s/ D. Gray_____

*Signature of Clerk or Deputy Clerk*